AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Citizens National Bank | ) | |
| *Plaintiff* | ) | Civil Action No. 6:17-CV-31-DCR |
| v. | ) | |
| Williams Communications, Inc., Walton E. Williams and Melinda E. Williams | ) ) ) | 2:17-mc-01183-VEH |
| *Defendant* | | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    6/8/2017    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    07/13/2017

*CLERK OF COURT*

Robert R. Carr
by: [signature]
*Signature of Clerk or Deputy Clerk*

Eastern District of Kentucky
**F I L E D**
JUN 0 8 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| CITIZENS NATIONAL BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAMS COMMUNICATIONS, INC.; WALTON E. WILLIAMS, JR.; and MELINDA E. WILLIAMS, | ) CASE NO. 6:17-CV-00031-DCR ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Citizens National Bank filed its *Motion for Default Judgment* ("Motion") against Defendants Williams Communications, Inc., Walton E. Williams, Jr., and Melinda E. Williams. (D.N. _16_.) Default was entered against Defendants on April 11, 2017. (D.N. 15.) Defendants failed to file and timely serve any written responses to Plaintiff's Motion. This Court granted Plaintiff's Motion. (D.N. ___.) Therefore, it is

ORDERED, ADJUDGED, and DECREED

(1)   Judgment is hereby entered in favor of Citizens National Bank and against Williams Communications, Inc., Walton E. Williams, Jr., and Melinda E. Williams (the "Defendants"), jointly and severally, in the amount $629,832.21. This amount is comprised of $313,843.87 in principal, $296,619.76 in interest, and $19,368.58 in reasonable attorneys' fees and expenses.

(2)   Citizens National Bank is awarded post-judgment interest to accrue on the outstanding judgment at the rate set forth in 28 U.S.C. § 1961, until the judgment is paid in full.

29822956 v1

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By _____
Date: 7-13-17

(3)  Having no just reason for delay, this is a final Judgment in accordance with Fed. R. Civ. P. 54(b) against the Defendants, jointly and severally, for which execution may issue 14 days after the date of entry hereof pursuant to Fed. R. Civ. P. 62(a).

U.S. DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Dated: June 8, 2017

TENDERED BY:

*/s/ Brian H. Meldrum*
Brian H. Meldrum (KY. Bar No. 91870)
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
bmeldrum@stites.com

*/s/ J. Patrick Warfield*
J. Patrick Warfield (*pro hac vice pending*)
BURR & FORMAN LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3200
pwarfield@burr.com